UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID STACK,

                Plaintiff,

-against-

NEW YORK CITY and NEW YORK POLICE DEPARTMENT, *et al.*,

                Defendants.

23-CV-7018 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

      By order dated March 13, 2024, the Court directed Plaintiff, within thirty days, to provide the court with an updated address. That order, which was mailed to Plaintiff's last known address, specified that failure to comply would result in dismissal of the complaint. On April 19, 2024, that order was returned to the court with the following notations, "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Plaintiff has not notified the court of a change of mailing address and has not initiated any further contact with the court, written or otherwise. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

## CONCLUSION

      Plaintiff's complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

The Court directs the Clerk of Court to enter judgment.

SO ORDERED.

Dated:   April 25, 2024
         New York, New York

                                              /s/ Laura Taylor Swain
                                               LAURA TAYLOR SWAIN
                                       Chief United States District Judge