UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID STACK,<br><br>                           Plaintiff,<br><br>-against-<br><br>NEW YORK CITY and NEW YORK POLICE DEPARTMENT, et al.,<br><br>                         Defendants. | 23-CV-7018 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 25, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  April 25, 2024
           New York, New York

                                                        /s/ Laura Taylor Swain
                                                        LAURA TAYLOR SWAIN
                                                   Chief United States District Judge